IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE CALOURO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____ / | CASE NO.  1:04cv6665 AWI TAG<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF |

　　　　Plaintiff Irene Calouro ("plaintiff") proceeds in propria persona in this action seeking judicial review of an administrative decision denying plaintiff's claim for benefits under the Social Security Act.

　　　　This Court issued its December 7, 2004 Scheduling Order to require plaintiff to file and serve an opening brief within 30 days of the letter brief of the Social Security Administration ("SSA"). The Scheduling Order explains to plaintiff that "[v]iolations of this order or of the federal or local rues of procedure may result in sanctions pursuant to Local Rule 11-110." (Court Doc. 2).

　　　　On February 23, 2005, the SSA filed its notice of lodging of the administrative record to initiate the briefing. The Court calculates May 30, 2005 as the deadline to file and serve plaintiff's opening brief. Plaintiff has filed no opening brief in compliance with this Court's orders.

///

Accordingly, this Court ORDERS plaintiff, no later than October 11, 2005, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for plaintiff's failure to file an opening brief and to comply with this Court's orders.  This Court will vacate this order to show cause if plaintiff files and serves his opening brief no later than October 6, 2005.

**Plaintiff is admonished that failure to timely comply with this order will result in a recommendation to dismiss this action.**

IT IS SO ORDERED.

**Dated:   September 21, 2005**                    **/s/ Theresa A. Goldner**
j6eb3d                                                       UNITED STATES MAGISTRATE JUDGE