IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRENE CALOURO, | ) | 1:04-06665-AWI-TAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME TO FILE |
| | ) | RESPONSE TO PLAINTIFF'S |
| v. | ) | OPENING BRIEF |
| | ) | |
| JO ANNE B. BARNHART, | ) | ORDER DISCHARGING ORDER |
| Commissioner of Social | ) | TO SHOW CAUSE (Doc. 8) |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from November 7, 3005 to December 6, 2005.

This is defendant's first request for an extension of time to respond to plaintiff's opening brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

///

///

///

1

```
                                    Respectfully submitted,


Dated: October 28, 2005             /s/ Tod A. JOHNSON
                                    (As authorized via facsimile)
                                    TOD A. JOHNSON
                                    Attorney for Plaintiff


Dated: October 28, 2005             McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney
```

## ORDER

The parties having stipulated to an extension of time to file defendant's response to plaintiff's brief, and plaintiff having filed her brief within the time set forth in the Court's order to show cause dated September 22, 2005 (Doc. 8), it is HEREBY ORDERED that:

1. The order to show cause dated September 22, 2005 (Doc. 8), is DISCHARGED; and,

2. Defendant's time to file a response to plaintiff's brief is extended to December 6, 2005.

IT IS SO ORDERED.

**Dated:   November 4, 2005**              **/s/ Theresa A. Goldner**
j6eb3d                                    UNITED STATES MAGISTRATE JUDGE

2