*(FILE STAMP)*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE CALOURO, <br><br> Appellant, <br><br> v. <br><br> JO ANNE B. BARNHART, <br> Commissioner of Social Security, <br><br> Respondent. | 1:04-CV-06665-AWI-TAG <br><br> **SCHEDULING AND** <br> **ADMINISTRATIVE ORDER** <br> (SOCIAL SECURITY APPEAL) |

Appellant seeks judicial review of an administrative decision of respondent Commissioner of Social Security denying appellant's claim for disability benefits under the Social Security Act. This matter is before me pursuant to 42 U.S.C. §§ 405(g), 1383(c)(3) and Local Rule 72-302(c)(15).

This matter was initiated in the Northern District of California, where it had been assigned case number C-04-04820-PVT (Doc. 1). Plaintiff had consented to proceed before a U.S. Magistrate Judge in that court and a procedural order was issued. (Doc. 1, referencing N.D. Ca. Docs. 2 and 4.) By stipulation, the matter was then transferred to the Eastern District of California on December 6, 2004. (Doc. 1, referencing N.D. Ca. Doc. 7.)

Plaintiff's Opening Brief was filed on October 5, 2005, and an Opposition filed on November 28, 2005. However, no Scheduling Order has been issued by this Court. Nor has Plaintiff filed a consent to

1

proceed before a U.S. Magistrate in the Eastern District of California. Accordingly, good cause appearing therefor pursuant to 28 U.S.C. § 636(c) and Fed.R.Civ.P. 16 and 73, it is ORDERED that:

1. Appellant shall, if she wishes to consent to the jurisdiction of a United States Magistrate Judge in the Eastern District of California, sign and file the Consent form attached hereto within fifteen (15) days of this Order.

2. Appellant's reply brief shall be filed with the Court and served on respondent within fifteen (15) days after the filing of this Order.

3. Should the matter be remanded, motions for attorney fees shall be filed within thirty (30) days of the court ordering remand.

4. In Appellant's reply brief, all references to the record and all assertions of fact must be accompanied by citations to the record.

5. The Court will allow a single thirty (30) day extension of any part of this scheduling and administrative order by stipulation of the parties. Court approval is not required for this extension. However, the stipulation shall be filed with the court.

6. Requests for modification of this briefing schedule will **not** routinely be granted.

7. With the exception of the single thirty day extension, requests to modify this order must be made by written motion and will be granted only for good cause.

8. Violations of this order or of the federal or local rules of procedure may result in sanctions pursuant to Local Rule 11-110.

DATED: December 14, 2005

THERESA A. GOLDNER
UNITED STATES MAGISTRATE JUDGE

2

Case 1:04-cv-06665-AWI-TAG  Document 15  Filed 12/14/05  Page 3 of 3

AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

Eastern District of California

IRENE CALOURO,

Plaintiff

V.

COMMISSIONER OF SOCIAL SECURITY,

Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number: 1:04-CV-6665 AWI TAG

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Plaintiff Irene Calouro | | |
| | | |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to  The Honorable Theresa A. Goldner  United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73. All future pleadings and/or correspondence must hereinafter correctly be numbered as: _____

_____          _____
Date                                      United States District Judge

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.