# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE CALOURO, | 04-cv-06665 AWI TAG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT (Doc. 16) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR DEFENDANT MICHAEL J. ASTRUE AND AGAINST PLAINTIFF IRENE CALOURO |
| Defendant. / | |

Plaintiff Irene Calouro ("Plaintiff"), through counsel, filed a complaint in the District Court for the Northern District of California seeking judicial review of an administrative decision denying her claim for disability benefits under Title II of the Social Security Act, 42 U.S.C. § 401 et seq. On December 7, 2004, Plaintiff's action was transferred to this Court. (Doc. 1). The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

On August 7, 2007, the Magistrate Judge filed findings and recommendations, which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within ten (10) court days of the date of service. The parties have not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the findings and recommendations filed on August 7, 2007, to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed August 7, 2007, are ADOPTED IN FULL;
2. The Plaintiff's social security complaint is DENIED; and
3. The Clerk of Court is DIRECTED to enter judgment for Defendant Michael J. Astrue and against Plaintiff Irene Calouro, and to close this action.

IT IS SO ORDERED.

**Dated:   September 14, 2007**                     /s/ **Anthony W. Ishii**
                                                 UNITED STATES DISTRICT JUDGE